UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRITTANY KELLY** | **CASE NO. 6:20-CV-00646** |
| **VERSUS** | **JUDGE JUNEAU** |
| **PHYSICIANS MUTUAL ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Physicians Mutual Ins. Co. and Trevor Braun's Motion to Dismiss (Rec. Doc. 14) is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART. Plaintiff's LEDL and Title VII claims against Braun are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, James Shute's Motion to Dismiss (Rec. Doc. 9) is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN

PART. Plaintiff's LEDL and Title VII claims against Shute are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff shall have fifteen (15) days to amend the complaint in order to assert further factual allegations in support of her IIED claim. Defendants shall have the opportunity to re-urge the motion to dismiss thereafter.

Signed at Lafayette, Louisiana, this 6th day of August, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE